JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/2/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No.: CV 19-08932-CJC(Ex) |
| Plaintiff, | |
| v. | |
| EMETELIA A. HERNANDEZ, *et al.*, | JUDGMENT |
| Defendants. | |

    This action came before the Court on Defendants Emetelia A. Hernandez and Rosa Guillen Hernandez's motion for summary judgment.

///
///
///
///
///
///

As set out in the Court's concurrently issued order, judgment is entered in favor of Defendants, and Plaintiff's claim is **DISMISSED**.

DATED: September 2, 2020

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE